UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL HUGHES,<br><br>              Plaintiff,<br><br>    v.<br><br>MARQUEZ, et al.,<br><br>              Defendants. | Case No. EDCV 22-02117 KK (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint ("FAC"), Dkt. No. 15, the Report and Recommendation of United States Magistrate Judge ("Report") dated November 9, 2023, Dkt. No. 21, and all other records and files herein. The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that this action is DISMISSED with prejudice.

DATED: January 31, 2024

                                          KENLY KIYA KATO
                                          UNITED STATES DISTRICT JUDGE