JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL HUGHES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARQUEZ, et al.,<br><br>　　　　Defendants. | Case No. EDCV 22-02117 KK (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATE: January 31, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　KENLY KIYA KATO
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE